**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000502
06-APR-2020
09:22 AM**

NO. CAAP-19-0000502

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

REMAX PROPERTIES, authorized agent for RICHARD K. TAHARA and MARJORIE T. TAHARA, owners of the subject property, Plaintiff-Appellee, v. CHRISTOPHER YOUNG, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(CIVIL NO. 3RC-18-1-1186)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the document, filed March 12, 2020, by self-represented Defendant-Appellant Christopher Young (Young), which the court construes as a motion for reconsideration of the February 28, 2020 order dismissing appeal (Motion), the papers in support, and the record, it appears that (1) on February 28, 2020, the court dismissed the appeal for failure to file the statement of jurisdiction and opening brief; (2) in the instant Motion, Young seeks reconsideration of the February 28, 2020 order; (3) a motion for reconsideration of the February 28, 2020 order was due on or before March 9, 2020. See Hawaiʻi Rules of Appellate Procedure Rule 40(a); and (4) the

instant Motion, filed March 12, 2020, is untimely as a motion for reconsideration.

Therefore, IT IS HEREBY ORDERED that the Motion is dismissed as untimely.

DATED:  Honolulu, Hawaiʻi, April 6, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge